IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re: List of Pending Social Security Cases Marked as Attachment A | ) ) ) ) )     ORDER |

    Under Local Civil Rule 73.02(B)(2)(a) (D.S.C.), all motions in the actions referenced in Attachment A were referred to the undersigned United States Magistrate Judge. Effective December 1, 2022, the court is rescinding Local Civil Rule 83.VII.04 in response to new Supplemental Rules governing deadlines in Social Security cases. As a result, the deadline for filing the Commissioner's answer will be reduced from 120 to 60 days.

    A review of the docket reveals that the change will result in overdue answers in 7 of the 16 cases referenced in Attachment A. In anticipation of requests for extension to file answers and in the interests of justice and judicial economy, the undersigned hereby grants the Commissioner extensions in the cases referenced in the attached exhibit. The deadlines calculated at the time the cases were filed, referenced in Attachment A, shall remain in effect for these cases. The new rules will govern the deadlines for cases filed on or after December 1, 2022.

    IT IS SO ORDERED.

November 30, 2022
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge